# United States District Court

WESTERN DISTRICT OF WASHINGTON

DIANNA J CALEY, an individual,

    PLAINTIFFS

        v.

JAMES D DANNEN, SALLIE MAE, INC., and TEXAS GUARANTEED STUDENT LOAN CORPORATION,

    DEFENDANTS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5345FDB

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X___ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

(1) Defendant Texas Guaranteed Student Loan Corporation's Motion for Summary Judgment [Dkt. #10] is **GRANTED**.

(2) Defendant Sallie Mae Inc.'s Motion for Summary Judgment [Dkt. #13] is **GRANTED**.

(3) Plaintiff's remaining claims against Defendant James Dannen are REMANDED to Pierce County Superior Court.


November 5, 2008                                                      BRUCE RIFKIN
                                                                                                                   Clerk

                                                                                                        /s/ Pat LeFrois
                                                                              _____
                                                                                                              Deputy Clerk